UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SOILAND CO., INC., et al.,<br><br>Defendants. | Case No. 4:18-cv-00377-KAW<br><br>**ORDER TO FILE DISMISSAL BY 9/23/2018; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

On June 8, 2018, Plaintiff filed a notice of settlement. Therein, Plaintiff provided that the settlement agreement was contingent upon the expiration of the federal agencies' 45-day review period, and that any objections would require additional time to meet and confer in an attempt to resolve the agencies' concerns. (Dkt. No. 17 at 1-2.) As a result, Plaintiff requests that September 23, 2018 be the deadline for filing a dismissal or a notice that the settlement is null and void. *Id.* at 2.

Accordingly, Plaintiff shall file a dismissal or a notice that the settlement is null or void on or before September 23, 2018, absent any extension ordered by the Court. Additionally, the August 21, 2018 case management conference is continued to October 23, 2018. The updated joint case management conference statement is due by October 16, 2018.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge