UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

ROBERTO FILHO,

    Plaintiff,

    v.

CHINATOWN COMMUNITY DEVELOPMENT CENTER, INC., et al.,

    Defendants.

Case No. 21-cv-05664-LB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States Magistrate Judge Kandis A. Westmore, to consider whether the case is related to case number 4:18-cv-00377-KAW.

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
LAUREL BEELER
United States Magistrate Judge

ORDER — No. 21-cv-05664-LB